**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| MARLYN HAYNES, individually and as Administratrix for the ESTATE OF JAMES ARTHUR HAYNES | PLAINTIFF |
| v.    No. 4:12CV00123 JLH | |
| VANESSA WIRE, in her individual and official capacities as Deputy Sheriff for White County, Arkansas; and DAVID JONES, in his individual and official capacities as Deputy Sheriff for White County, Arkansas | DEFENDANTS |

**JUDGMENT**

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of Vanessa Wire, in her individual and official capacities as Deputy Sheriff of White County, Arkansas, and David Jones, in his individual and official capacities as Deputy Sheriff of White County, Arkansas, on the claims of Marlyn Haynes, individually and as Administratrix for the Estate of James Arthur Haynes. The complaint of Marlyn Haynes, individually and as Administratrix for the Estate of James Arthur Haynes, is dismissed with prejudice.

IT IS SO ORDERED this 27th day of June, 2012.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT COURT